UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUBIA OROZCO,<br><br>             Plaintiff,<br><br>     v.<br><br>SBM SITE SERVICES,<br><br>             Defendant. | Case No.  15-cv-04063-EDL<br><br>**ORDER DENYING PETITIONER'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 7 |

On September 4, 2015, Petitioner filed this action.  On September 8, 2015, this Court set an initial case management conference ("CMC") for December 8, 2015.  On December 4, 2015, Petitioner filed a request to continue the CMC, citing a standing issue, which the Court granted. On February 11, 2016, Petitioner filed another request to continue the CMC, citing the same standing issue.  Petitioner's request is DENIED.

**IT IS SO ORDERED.**

Dated: February 11, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge